JEFFER MANGELS BUTLER & MITCHELL LLP
MARTA M. FERNANDEZ (Bar No. 120540)
*MFernandez@jmbm.com*
VINCE FARHAT (Bar No. 183794)
*VFarhat@jmbm.com*
BRIANNA FRAZIER EARLEY (Bar No. 297354)
*BFrazierEarley@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Defendants Royal Bank of
Canada and City National Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Fausto Bustos,<br><br>                Plaintiff,<br><br>        v.<br><br>Royal Bank of Canada, a corporation; City National Bank, a corporation; and Does 1-10, inclusive,,<br><br>                Defendants. | Case No. 2:21-cv-04879-JAK (GJSx)<br><br>**DECLARATION OF VINCE FARHAT IN SUPPORT OF DEFENDANT ROYAL BANK OF CANADA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[Notice of Motion and Motion to Dismiss filed concurrently herewith]*<br><br>Hearing Date: January 10, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom:     10B<br><br>The Hon. John A. Kronstadt |

69332408v3

DECLARATION OF VINCE FARHAT IN SUPPORT OF MOTION TO DISMISS COMPLAINT

# DECLARATION OF VINCE FARHAT

I, Vince Farhat, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Jeffer Mangels Butler & Mitchell LLP, attorneys of record for Defendants Royal Bank of Canada ("RBC") and City National Bank. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of RBC's Motion to Dismiss Plaintiff Fausto Bustos' ("Plaintiff") Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

2. On July 22, 2021, I sent an email to Plaintiff's counsel to schedule a conference of counsel to discuss this action.

3. On July 27, 2021, Plaintiff's counsel, my partner Marta Fernandez, and I had a telephone conference to discuss our request that Plaintiff voluntarily dismiss RBC from this action.

4. On August 2, 2021, I was copied on an email from my partner, Marta Fernandez, to Plaintiff's counsel regarding Plaintiff's response to the requested dismissal. On or about August 3, 2021, Plaintiff's counsel responded via email and declined to dismiss RBC. A true and correct copy of the referenced email chain is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of September, 2021, at Los Angeles, California.

                                         */s/ Vince Farhat*
                                         Vince Farhat