# EXHIBIT A

# EXHIBIT A

**From:** Elliot Siegel <elliot@kingsiegel.com>
**Sent:** Tuesday, August 3, 2021 9:47 AM
**To:** Fernandez, Marta M. <MMF@JMBM.com>; Julian Burns King <julian@kingsiegel.com>
**Cc:** Day, Tiffany <TD@JMBM.com>; Lincoln Ellis, Esq. <lincoln.lawyer.ca@gmail.com>; Farhat, Vince <VFarhat@jmbm.com>; Frazier Earley, Brianna <BFrazierEarley@jmbm.com>
**Subject:** RE: Bustos V. City National Bank

Hi Marta, Julian is out of the office this week, but as of now, we cannot agree to voluntarily dismiss RBC. If discovery indicates a lack of liability, we are happy to revisit this conversation.

**Elliot J. Siegel**
Partner | King & Siegel LLP
724 S. Spring Street, Ste. 201
Los Angeles, California 90014
tel: (213) 465-4802
tel: (213) 465-4813

www.kingsiegel.com

**From:** Fernandez, Marta M. <MMF@JMBM.com>
**Sent:** Monday, August 2, 2021 1:05 PM
**To:** Julian Burns King <julian@kingsiegel.com>
**Cc:** Day, Tiffany <TD@JMBM.com>; Elliot Siegel <elliot@kingsiegel.com>; Lincoln Ellis, Esq. <lincoln.lawyer.ca@gmail.com>; Farhat, Vince <VFarhat@jmbm.com>; Frazier Earley, Brianna <BFrazierEarley@jmbm.com>
**Subject:** RE: Bustos V. City National Bank

Hi Julian – In follow up to last week's conversation regarding our request for voluntary dismissal of RBC, when can we expect an response from your team ?

**Marta M. Fernandez** | Partner, Chair, Labor & Employment Department
**Jeffer Mangels Butler & Mitchell LLP | JMBM**
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067
d: (310) 201-3548 | f: (310) 712-8548 | e: MMF@JMBM.com
VCARD | BIO



1

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

**From:** Farhat, Vince <VFarhat@jmbm.com>
**Sent:** Thursday, July 22, 2021 10:24 AM
**To:** Julian Burns King <julian@kingsiegel.com>; Fernandez, Marta M. <MMF@JMBM.com>
**Cc:** Day, Tiffany <TD@JMBM.com>; Elliot Siegel <elliot@kingsiegel.com>; Lincoln Ellis, Esq. <lincoln.lawyer.ca@gmail.com>
**Subject:** RE: Bustos V. City National Bank

Julian:

I hope you are well.  Marta and I would like to schedule a call for early next week to discuss this case.  Please let me know when you and your team are available.  Thank you.

Best, Vince

> **Vince Farhat** | Partner
> Chair of the White Collar Defense & Investigations Group
> **Jeffer Mangels Butler & Mitchell LLP | JMBM**
> **Los Angeles | San Francisco | Orange County**
> [obscured] VFarhat@JMBM.com
> **VCARD | BIO | linkedin**
>
> 

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.