JEFFER MANGELS BUTLER & MITCHELL LLP
MARTA M. FERNANDEZ (Bar No. 120540)
mfernandez@jmbm.com
VINCE FARHAT (Bar No. 183794)
VFarhat@jmbm.com
BRIANNA FRAZIER EARLEY (Bar No. 297354)
BFrazierEarley@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Defendants Royal Bank of Canada and City National Bank

LAW OFFICE OF LINCOLN W. ELLIS
LINCOLN ELLIS (Bar No. 283657)
lincoln.lawyer.ca@gmail.com
292 S. La Cienega Boulevard, Suite 207
Beverly Hills, California 90211
Telephone:  (213) 207-6692
Facsimile: (855) 701-5136

Attorneys for Plaintiff Fausto Bustos

[Additional counsel on following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FAUSTO BUSTOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROYAL BANK OF CANADA, a corporation; CITY NATIONAL BANK, a corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-04879-JAK (GJSx)<br><br>[Discovery Matter]<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT ROYAL BANK OF CANADA**<br><br>[*[Proposed] Order Filed Concurrently Herewith*]<br><br>Hearing Date:  February 28, 2022<br>Hearing Time:  3:00 p.m.<br>Courtroom:      Roybal – Room 640 |

1  KING & SIEGEL LLP
   JULIAN BURNS KING (Bar No. 298617)
2  *julian@kingsiegel.com*
   ELLIOT J. SIEGEL (Bar No. 286798)
3  *elliot@kingsiegel.com*
   742 S. Spring Street, Suite 201
4  Los Angeles, California 90014
   Telephone:  (213) 465-4802
5  Facsimile:  (210) 465-4803

6  Attorneys for Plaintiff Fausto Bustos

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Fausto Bustos ("Plaintiff") and Defendants Royal Bank of Canada ("RBC") and City National Bank (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Compel Further Responses and Production of Documents from Defendant Royal Bank of Canada (the "Motion") on January 31, 2022;

WHEREAS, Plaintiff's Motion is set to be heard on February 28, 2022 at 3:00 p.m.;

WHEREAS, pursuant to the Court's Standing Order and Local Rule 7-9, RBC's opposition to the Motion (the "Opposition") is currently due February 7, 2022 (*i.e.*, twenty-one (21) days before the hearing date);

WHEREAS, in order to allow RBC sufficient time to review the contentions in the Motion and prepare its Opposition, the Parties agree that it is in the interests of justice to modify the current briefing schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree that RBC's Opposition shall be due on February 14, 2022 (*i.e.*, fourteen (14) days before the hearing date), and Plaintiff's Reply shall be due on February 22, 2022 (*i.e.*, 6 days

before the hearing date), and respectfully request that the Court so order.

IT IS SO STIPULATED.

DATED: February 2, 2022

KING & SIEGEL LLP
JULIAN BURNS KING
ELLIOT J. SIEGEL

LAW OFFICE OF LINCOLN W. ELLIS
LINCOLN ELLIS

By: /s/ Lincoln Ellis
    LINCOLN ELLIS
Attorneys for Plaintiff Faustos Bustos

DATED: February 2, 2022

JEFFER MANGELS BUTLER &
MITCHELL LLP
MARTA M. FERNANDEZ
VINCE FARHAT
BRIANNA FRAZIER EARLEY

By:      /s/ Brianna Frazier Earley
       BRIANNA FRAZIER EARLEY
Attorneys for Defendants Royal Bank of
Canada and City National Bank


# PROOF OF SERVICE

*FAUSTO BUSTOS v. ROYAL BANK OF CANADA, et al.*
**Case No. 2:21-cv-04879-JAK (GJSx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3 Park Plaza, Suite 1100, Irvine, CA 92614-2592.

On February 2, 2022, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS FROM DEFENDANT ROYAL BANK OF CANADA** as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 2, 2022, at Irvine, California.

*/s/ M. Sommer*
Marissa Sommer

# SERVICE LIST

| | |
|---|---|
| KING & SIEGEL LLP<br>JULIAN BURNS KING (Bar No. 298617)<br>*julian@kingsiegel.com*<br>ELLIOT J. SIEGEL (Bar No. 286798)<br>*elliot@kingsiegel.com*<br>724 S. Spring Street, Suite 201<br>Los Angeles, California 90014<br>Telephone:  (213) 465-4802<br>Facsimile:  (213) 465-4803<br><br>Courtesy email: Josue Avila<br>*josue@kingsiegel.com* | *Attorneys for Plaintiff Fausto Bustos* |
| LAW OFFICE OF LINCOLN W. ELLIS<br>LINCOLN ELLIS (Bar No. 283657)<br>*lincoln.lawyer.ca@gmail.com*<br>292 S. La Cienega Boulevard, Suite 207<br>Beverly Hills, California 90211<br>Telephone:  (213) 207-6692<br>Facsimile: (855) 701-5136 | *Attorneys for Plaintiff Fausto Bustos* |